209 So.2d 741

**Davidson M. REEVES**

v.

**Kathleen Elizabeth REEVES.**

No. 49109.

March 8, 1968.

In re: Davidson M. Reeves applying for certiorari, or writ of review, to the Court of

Appeal, Second Circuit, Parish of Caddo. 209 So.2d 554.

Writ refused. There appears no error of law in the judgment complained of.

SUMMERS, J., dissents from the refusal to grant writs. See dissent in Boudreaux v. Welch, 249 La. 983, 192 So.2d 356 (1966).

BARHAM, J., recused.